**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------- ------------------- X

                         :

**UNITED STATES OF AMERICA**

                         :        **ORDER**

     **v.**

                         :        **03 CR 1501(SAS)**

**OTIS FISHER,**

                         :

            **Defendant.**

---------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On June 5, 2008, the Second Circuit Court of Appeals issued an

Opinion which affirmed the convictions but vacated the sentences of Otis Fisher

and four co-defendants and remanded their cases in accordance with *United States*

*v. Regalado*, 518 F.3d 143 (2d Cir. 2008) (per curiam). On July 1, 2008, the

Second Circuit issued an Amended Opinion which remanded only Fisher's case

for a re-sentence but affirmed the convictions and sentences of the other

defendants. Accordingly, a conference to discuss Fisher's re-sentence is

scheduled for August 12, 2008, at 4:30 p.m. in Courtroom 15C.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
             July 2, 2008

## - Appearances -

**For Defendant:**

Francisco Celedonio, Esq.
401 Broadway, Suite 2510
New York, New York 10013
(212) 219-7533

**For the Government:**

Laurie Korenbaum
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2266